IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAMADOU DIALLO,** | : | CIVIL ACTION NO. 3:19-CV-1616 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **IMMIGRATION,** | : | |
| Respondent | : | |

## MEMORANDUM

Petitioner filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his pre-final order detention by the Department of Homeland Security, Immigration and Customs Enforcement. (Doc. 1). After the petition was filed but before it was ruled on, petitioner's immigration status changed to be post-final order. Respondent filed a suggestion of mootness, arguing that the petition challenging a pre-final order of detention is now moot. (See Doc. 9). Because petitioner's immigration status had changed, it appeared to the court that his habeas petition should be dismissed as moot. See, e.g., Ufele v. Holder, 473 F. App'x 144, 146 (3d Cir. 2012) (nonprecedential) (holding that habeas challenge to pre-final order detention was rendered moot when petitioner shifted to post-final order detention status).

The Court thus issued an order directing the petitioner to show cause why the petition should not be dismissed as moot in light of the change in his immigration status.  (Doc. 10).  Petitioner has failed to show cause or otherwise respond to that order, and the time for doing so has since passed.  As such, the court will dismiss the petition as moot.

A separate order follows.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania

Dated:  June 4, 2020