IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAMADOU DIALLO,** | : | CIVIL ACTION NO. 3:19-CV-1616 |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **IMMIGRATION,** | : | |
| | : | |
| Respondent | : | |

## ORDER

AND NOW, this 4th day of June, 2020, upon consideration of the court's order to show cause (Doc. 10) and petitioner's failure to respond thereto, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 is DISMISSED AS MOOT and the Clerk of Court shall CLOSE this matter.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania